UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
NOWELL, TRAVIS LOVELL  
NOWELL, MISTY AMBER

Case No.: 19-11426-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on April 2, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 134 MAGNOLIA DRIVE, PENNSVILLE, NJ<br>(FMV $231,993.00) |
|---|---|

| Liens on property: | $222,419.00- QUICKEN LOANS |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 19-11426-JNP
Travis Lovell Nowell                                           Chapter 7
Misty Amber Nowell
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Mar 01, 2019
                               Form ID: pdf905          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db/jdb         +Travis Lovell Nowell,   Misty Amber Nowell,    PO Box 809,   Petal, MS 39465-0809
517984017      +Alliance Otolarygology and Facial Surger,    1001 Sheppard Rd,   Voorhees, NJ 08043-4796
517984022      +CBL Path,   110 Washingtron Ave, 2d floor,   North Haven, CT 06473-1723
517984025      +EZ Pass,   PO Box 4973,   Trenton, NJ 08650-4973
517984023      +Equifax Credit Information Services, Inc,   PO Box 740241,   Atlanta, GA 30374-0241
517984024       Experian,   29 BROADWAY FL 6,   New York, NY 10006-3101
517984026      +First Federal Credit Control, Inc,    24700 Chagrin Blvd, Ste 205,   Beachwood, OH 44122-5662
517984029      +Pennsville Water and Sewer,    90 North Broadway,   Pennsville, NJ 08070-1750
517984030      +Planet Fitness,   709 S Broadway,   Pennsville, NJ 08070-9655
517984031      +Premier Women's Health Group LLC,    PO Box 536,   Voorhees, NJ 08043-0536
517984033      +Rancocas Anesthesiology P,    PO Box 4640,   Rutherford, NJ 07070-0464
517984035       Sequoia Financial Services,    28632 Roadside Drive, Suite 110,   Agoura Hills, CA 91301-6074
517984036       South Jersey Gas,   P.O. Box 6091,   Bellmawr, NJ 08099-6091
517984037      +South Jersey Radiology Associates,    PO Box 1710,   Voorhees, NJ 08043-7710
517984041     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,   Po Box 8026,
                Cedar Rapids, IA 52409)
517984042      +Trans Union Consumer Solutions,    PO Box 2000,   Chester, PA 19016-2000
517984043      +US Department of Education/Great Lakes,    Attn: Bankruptcy,   Po Box 7860,
                Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2019 00:32:06      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2019 00:32:02      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517984018      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 02 2019 00:31:39      Atlantic City Electric,
                P.O. Box 13610,   Philadelphia, PA 19101-3610
517984019      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 00:34:49      Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517984021      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 02 2019 00:34:21
                Capital One Auto Finance,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517984020      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 02 2019 00:33:47
                Capital One Auto Finance,   7933 Preston Road,   Plano, TX 75024-2302
517994270      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 02 2019 00:34:18
                Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517984027      +E-mail/Text: bk@lendingclub.com Mar 02 2019 00:32:30      Lending Club Corp,   71 Stevenson St,
                Suite 300,   San Francisco, CA 94105-2985
517984028      +E-mail/PDF: pa_dc_claims@navient.com Mar 02 2019 00:34:57      Navient,   Attn: Bankruptcy,
                Po Box 9500,   Wilkes-Barre, PA 18773-9500
517984032      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 02 2019 00:32:25      Quicken Loans,
                1050 Woodward Avenue,   Detroit, MI 48226-1906
517984034      +E-mail/Text: bkrpt@retrievalmasters.com Mar 02 2019 00:32:01
                Retrievel Masters Creditors Bureau, Inc.,   4 Westchester Plaza, Suite 110,
                Elmsford, NY 10523-1615
517984038      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Mar 02 2019 00:32:18
                State Farm Mutual Auto Insurance,   One State Farm Plaza,   Bloomington, IL 61710-0001
517985720      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 00:34:41      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517984039      +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 00:33:35      Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517984040*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                    Page 2 of 2                     Date Rcvd: Mar 01, 2019
                              Form ID: pdf905                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Steven R. Neuner    on behalf of Debtor Travis Lovell Nowell sneuner@nv-njlaw.com,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Joint Debtor Misty Amber Nowell sneuner@nv-njlaw.com,
               ETomlinson@nv-njlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```