Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11426−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Travis Lovell Nowell
PO Box 809
Petal, MS 39465

Misty Amber Nowell
dba One02 Williams, LLC a separate legal entity
PO Box 809
Petal, MS 39465

Social Security No.:
   xxx−xx−5598                                          xxx−xx−3824

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 8, 2019             Jerrold N. Poslusny Jr.
                               Judge, United States Bankruptcy Court